**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of             Case Number:   **07 C 7290**

**BeStar Electronics Industry Co., Ltd. v. Digisound-WIE, Inc.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant BeStar Electronics Industry Co., Ltd.**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) | **Charmagne Topacio** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Charmagne Topacio |
| FIRM | **Tressler, Soderstrom, Maloney & Priess LLP** |
| STREET ADDRESS | **Sears Tower, 22nd Fl.** <br> **233 S. Wacker Drive.** |
| CITY/STATE/ZIP | **Chicago, Illinois 60606** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6278610** | TELEPHONE NUMBER **(312) 627-4000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

Ctl/423344