In the United States District Court
For the Northern District 0f Illinois,
Eastern Division

| | |
|---|---|
| BESTAR ELECTRONICS INDUSTRY CO., LTD., a Chinese limited company,<br><br>Plaintiff,<br><br>v.<br><br>DIGISOUND-WIE, INC., an Illinois corporation,<br><br>Defendant. | 07 C 7290<br><br>Judge Leinenweber<br><br>Magistrate Judge Mason |

# Defendant's FED.R.CIV.P. 7.1 Corporate Disclosure Statement

Pursuant to FED.R.CIV.P. 7.1, Defendant Digisound-WIE, Inc., a nongovernmental corporate party, discloses:

1.  Digisound-WIE, Inc.'s parent company is Digisound-Electronic GmbH. No publicly-held corporation owns 10% or more of its stock

DIGISOUND-WIE, INC.


By:  s/ Arthur Sternberg
     One of Its Attorneys


Arthur Sternberg
Susan Lorenc
Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235


4657714_1