IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BESTAR ELECTRONICS INDUSTRY CO., LTD., a Chinese limited company, <br><br> Plaintiff, <br><br> v. <br><br> DIGISOUND-WIE, INC., an Illinois corporation, <br><br> Defendant. | ) <br> ) <br> ) Case No. 07-C-7290 <br> ) <br> ) Judge Harry D. Leinenweber <br> ) <br> ) Magistrate Judge Michael T. Mason <br> ) <br> ) |

**PLAINTIFF BESTAR ELECTRONICS INDUSTRY CO., LTD.'S FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT**

Plaintiff BeStar Electronics Industry Co. Ltd., a nongovernmental party, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

(1) BeStar Electronics Industry Co. Ltd. does not have a parent corporation; and

(2) BeStar Electronics Industry Co. Ltd. has no publicly-held affiliates.

Dated: January 16, 2008.

                                                                             BESTAR ELECTRONICS INDUSTRY CO. LTD.

                                                                             By: /s/ Charmagne Topacio
                                                                                   One of Their Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

Ctl.424491

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed **Plaintiff BeStar Electronics Industry Co. Ltd.'s Fed. R. Civ. P. 7.1 and Local Rule 3.2 Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

>Arthur B. Sternberg
>Susan M. Lorenc
>Thompson, Coburn, Fagel, Haber
>55 East Monroe Street, 40th Floor
>Chicago, IL 60603
>asternberg@tcfhlaw.com
>slorenc@tcfhlaw.com


By: /s/   Charmagne Topacio

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000