# United States District Court
# Northern District of Illinois

In the Matter of

Digisound-WIE, Inc.

v.

BESTAR Technologies

Case No. 07 C 7290

Designated Magistrate Judge
Michael T. Mason

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Harry D. Leinenweber** to be related to **07 C 6535** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge George W. Lindberg

Dated: March 6, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **George W. Lindberg**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAR - 7 2008

Finding of Relatedness (Rev. 9/99)