CT1/428347                                                                                                          8207-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BESTAR ELECTRONICS INDUSTRY CO., LTD., a Chinese limited company, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 07-C-7290 |
| v. | ) ) |
| DIGISOUND-WIE, INC., an Illinois corporation, | ) ) ) |
| Defendant. | ) |

### PLAINTIFF BESTAR ELECTRONICS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIM

Plaintiff BeStar Electronics Industry Co. Ltd., by and through their counsel, Tressler, Soderstrom, Maloney & Priess, LLP, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure move this Court for an extension of time to answer or otherwise respond to Defendant Digisound-WIE, Inc.'s Counterclaim and in support thereof state as follows:

1.   Plaintiff BeStar Electronics Industry Co. Ltd. is a Chinese limited company with its principal place of business in Jiangsu, China. On February 26, 2008, Plaintiff was served with Defendant's Answer And Counterclaim.

2.   Plaintiff's lawsuit generally relates to a breach of contract action against Defendant based on its failure to pay Plaintiff approximately $400,000 for outstanding invoices for goods it supplied to Defendant. Defendant, in turn, filed counterclaims entitled: 1) breach of fiduciary duty, 2) breach of contract, 3) tortious interference with Digisound-WIE's contracts of Dirk de Young and CC Electro Sale, 4) tortious interference with Digisound-WIE's customer and prospective customer relationship and expectancy of future sales and 5) civil conspiracy.

3. Plaintiff's responsive pleading to the Counterclaim is currently due on March 17, 2008.

4. In order to properly analyze the issues and address this matter with its counsel from its location in China and certain language translation issues, Plaintiff requests an extension of time to file its responsive pleading. Specifically, Plaintiff requests an extension to April 14, 2008 to file its responsive pleading to the Counterclaim.

WHEREFORE, Plaintiff BeStar Electronics Industry Co. Ltd. respectfully requests that this Court grant its Motion and enter an Order allowing it to answer or otherwise respond to Defendant's Counterclaim by April 14, 2008.

BESTAR ELECTRONICS INDUSTRY CO. LTD.

By: /s/James K. Borcia
One of Its Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000