IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BESTAR ELECTRONICS INDUSTRY CO., LTD., a Chinese limited company, </br></br>Plaintiff,</br></br>v.</br></br>DIGISOUND-WIE, INC., an Illinois corporation,</br></br>Defendant. | )</br>)</br>)</br>)</br>) Case No. 07-C-7290</br>)</br>) Honorable Judge George W.</br>) Lindberg</br>)</br>)</br>) |

## NOTICE OF MOTION

TO:   Arthur B. Sternberg
       Susan M. Lorenc
       Thompson, Coburn, Fagel, Haber
       55 East Monroe Street, 40th Floor
       Chicago, IL 60603
       asternberg@tcfhlaw.com
       slorenc@tcfhlaw.com

PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Wednesday, March 19, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1425 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Plaintiff BeStar Electronics' Motion For Extension of Time To Answer or Otherwise Respond to Defendant's Counterclaim**, a copy of which has electronically been served upon you.

TRESSLER, SODERSTROM, MALONEY & PRIESS

By:   /s/ Charmagne Topacio
       One of Its Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically filed **Plaintiff BeStar Electronics' Motion For Extension of Time To Answer or Otherwise Respond to Defendant's Counterclaim** and a **Notice of Motion** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

>Arthur B. Sternberg
>Susan M. Lorenc
>Thompson, Coburn, Fagel, Haber
>55 East Monroe Street, 40th Floor
>Chicago, IL 60603
>asternberg@tcfhlaw.com
>slorenc@tcfhlaw.com

By: /s/ Charmagne Topacio

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

Ctl/428483