In the United States District Court
For the Northern District of Illinois
Eastern Division

| | |
|---|---|
| BESTAR ELECTRONICS INDUSTRY CO., LTD., a Chinese limited company,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>DIGISOUND-WIE, INC., an Illinois corporation,<br><br>    Defendant and Counterplaintiff. | 07 C 7290<br><br>Judge Lindberg |

## Notice of Motion

On Wednesday, March 19, 2008, at 9:30 a.m., I will appear before Judge George W. Lindberg, in courtroom 1425 of U.S. District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn, Chicago, Illinois, and present Defendant/Counterplaintiff's Motion to Initiate Discovery.

DIGISOUND-WIE, INC.

By: _s/ Arthur Sternberg_
    One of Its Attorneys

Arthur Sternberg
Susan Lorenc
Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235