**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Bestar Electronics Industry Co., Ltd.
                                   Plaintiff,

v.                                                          Case No.: 1:07–cv–07290
                                                               Honorable George W. Lindberg

Digisound–WIE, Inc.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: Plaintiff's motion for extension of time to answer or otherwise respond to defendants counterclaim [15] is granted in part and denied in part. Plaintiff is given until 3/24/08 to answer or otherwise respond. Defendants motion to initiate discovery is denied. The court will address the scheduling of a Rule 26(f) conference at the status hearing on 3/19/08 at 9:30 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.