# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7290 | **DATE** | 3/25/2008 |
| **CASE TITLE** | BESTAR Technologies, Inc., et al. vs. Digisound-WIE, Inc. | | |

**DOCKET ENTRY TEXT**

Response due 4/11/2008 to plaintiff Bestar Electronics Industry motion to dismiss defendant/counter-plaintiff digisound-WIE's Counterclaims (21). Reply to the motions to dismiss due 4/18/2008. Ruling set for 5/21/2008 at 9:30a.m. No court appearance required on 4/2/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|