# Exhibit B

In the United States District Court
For the Northern District of Illinois,
Eastern Division

BESTAR ELECTRONICS INDUSTRY CO., LTD.,

    Plaintiff/Counter-Defendant,

        v.

DIGISOUND-WIE, INC.,

    Defendant/ Counter-Plaintiff.

07 C 7290

Judge Lindberg

# Affidavit of Michael Zeich in Response to Motion to Dismiss Counterclaim

I, Michael Zeich, state under penalties of perjury that I have personal knowledge of the following:

1.      I have been employed by Digisound-Electronic GmbH since July 1999 and am its Director of Operations. As such, I have personal knowledge of the events and negotiation in connection with the "Contract for Chinese-foreign Equity Joint Ventures" (the "Joint Venture Contract") and the role of Digisound-WIE in Digisound-Electronic GmbH's joint venture with BeStar Electronics.

2.      On August 18, 2001, the Joint Venture Contract was executed by the parties to it.

3.      On August 27, 2001, to carry out its responsibilities under the Joint Venture Contract, Digisound-Electronic GmbH formed Digisound-WIE as the joint venture's sales arm in the U.S.

4.      The Joint Venture Contract expressly incorporates the joint venture's "feasibility study/Business Plan." The documents I know in that connection and which were sent to Bestar Electronics are the "Feasibility Report" and "Strategic Plan" and include a spreadsheet entitled

"Businessplan for Changzou BeStar Acoutic Co., Ltd. 2002-2006. " Genuine copies of these documents are attached to this affidavit as Attachment 1.

5.      Attachment 2 to this affidavit is a genuine copy of the minutes of BeStar Electronics' February 10, 2001 Board of Directors meeting, which Digisound-Electronic, GmbH attended.

6.      Attachment 3 to this affidavit is a genuine copy of the March 21, 2001 email from Wu YiFie (aka David Wu), Managing Director of BeStar Electronics, to Digisound-Electronic GmbH.

7.      Pursuant to the above documents, BeStar Electronics contributed $13,317 USD for Digisound-WIE's U.S. operations.

8.      Wu YiFie also traveled to the U.S. to assist Digisound-WIE's sales and operations. Digisound-WIE also assisted Wu YiFie in obtaining an L-1 Visa to make it easier for him to travel to the U.S. for Digisound-WIE business.

9.      After the joint venture began, approximately 95% of the products Digisound-WIE sold were produced by the joint venture entity, BeStar Acoustic. Between 2002-07, Digisound-WIE purchased from the joint venture approximately 8-10 million parts and has paid BeStar Acoustic (using the name BeStar Electronics) approximately $2.48 million USD for its purchases.

10.     All of the goods for which BeStar Electronics is suing Digisound-WIE in this case were actually made and sold to Digisound-WIE by BeStar Acoustic pursuant to the Joint Venture Contract. Although the minutes of BeStar Electronics' February 10, 2001 Board of Directors meeting state that BeStar Electronics would cease business operations and contribute all of its assets to BeStar Acoustic, Wu YiFie stated in April 2002 that because of the number of catalogs

that had the BeStar Electronics name, BeStar Acoustic would use that name. Therefore, all of the invoices to Digisound-WIE and payments from Digisound-WIE were actually from and to BeStar Acoustic using the BeStar Electronics name. Accordingly, Digisound-WIE denied in its Answer that the "Goods" alleged in the Complaint were sold to it by Bestar Electronics Industry Co., Ltd.

11.    On December 17, 2007, Digisound-Electronic Gmbll received an email from Wu YiFic stating that he was cancelling the Joint Venture Contract because, among other things, of Digisound-WIE's alleged failure to pay BeStar Acoustic's invoices and for filing the lawsuit against BeStar Technologies, which he referred to as his company in the U.S. A genuine copy of the email is contained in Attachment 4. His statement admits or implies that (a) Digisound-WIE's purchases and payments were not pursuant to a vendor/vendee relationship, but pursuant to the performance of the Joint Venture Contract and (b) before forming BeStar Technologies in May 2007 to displace it, Digisound-WIE was the joint venture's sales arm.

Michael Zeich

# Attachment 1

## Feasibility Report

The business plan for the Changzhou Bestar Electronics Industry Co., Ltd. Joint Venture is based on the strategic plan which has been worked out for the preparation of the Joint Venture negotiations.

The parameters which have been used for defining turnover and basic balance sheet results for the years 2002 until 2006 are described in the following.

The sales territories in question are covered by group companies. Digisound is responsible for the European market. South Asia is covered by Weiler International Electronics Pvt. Ltd. The Chinese market is handled by Changzhou Bestar Electronics Industry Co., Ltd.. As part of the strategic plan it has been decided that a sales office will be opened in the United States. The financial resources will come from Digisound, WIE and Bestar Electronics Industry Co., Ltd..

One of the key markets Bestar Electronics Industry Co., Ltd. and Digisound will concentrate on will be the automotive industry. The business plan clearly shows that for this market segment in the United States as well as in Europe strong growth rates are calculated. Due to a conservative estimation policy the growth rate in the telecom industry is lower. Percentage wise telecommunication will play a larger role in South Asia due to the fact that the automotive industry operates on a very low level in that area.

Gross margins and operating expenses are calculated based on experiences made with other factories in China. The profit expectation is conservative.

Florian Greiling
(August 1st, 2001)

# Businessplan for Changzhou BeStar Acoustic Co., Ltd 2002 - 2006

| | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| SALES EXPORT TO DIGISOUND | | | | | |
| Automotive Customers | 1.300.000 USD | 2.000.000 USD | 2.250.000 USD | 2.500.000 USD | 2.750.000 USD |
| Telecom Customers | 650.000 USD | 1.000.000 USD | 1.125.000 USD | 1.250.000 USD | 1.375.000 USD |
| Equipment Manufacturers | 650.000 USD | 1.000.000 USD | 1.125.000 USD | 1.250.000 USD | 1.375.000 USD |
| SALES EXPORT TO INDIAN MARKET | 100.000 USD | 200.000 USD | 500.000 USD | 700.000 USD | 1.000.000 USD |
| SALES TO DOMESTIC MARKET | 300.000 USD | 800.000 USD | 1.650.000 USD | 1.950.000 USD | 2.250.000 USD |
| SALES EXPORT TO U.S. MARKET | | | | | |
| Automotive Customers | 700.000 USD | 2.100.000 USD | 3.045.000 USD | 3.745.000 USD | 4.375.000 USD |
| Telecom Customers | 200.000 USD | 600.000 USD | 870.000 USD | 1.070.000 USD | 1.250.000 USD |
| Equipment Manufacturers | 100.000 USD | 300.000 USD | 435.000 USD | 535.000 USD | 625.000 USD |
| TOTAL SALES NET | 4.000.000 USD | 8.000.000 USD | 11.000.000 USD | 13.000.000 USD | 15.000.000 USD |
| RAW MATERIAL CONSUMPTION | 2.880.000 USD | 5.760.000 USD | 7.920.000 USD | 9.360.000 USD | 10.800.000 USD |
| GROSS MARGIN | 1.120.000 USD | 2.240.000 USD | 3.080.000 USD | 3.640.000 USD | 4.200.000 USD |
| GROSS MARGIN IN % | 28,00% | 28,00% | 28,00% | 28,00% | 28,00% |
| TOTAL OPER. EXPENSES | 672.000 USD | 1.344.000 USD | 1.848.000 USD | 2.184.000 USD | 2.520.000 USD |
| TOTAL OPER. EXPENSES % | 60,00% | 60,00% | 60,00% | 60,00% | 60,00% |
| P.B.I.T. | 448.000 USD | 896.000 USD | 1.232.000 USD | 1.456.000 USD | 1.680.000 USD |
| INTEREST | 80.000 USD | 160.000 USD | 220.000 USD | 260.000 USD | 300.000 USD |
| CASH PROFIT | 368.000 USD | 736.000 USD | 1.012.000 USD | 1.196.000 USD | 1.380.000 USD |
| DEPRECIATION | 80.000 USD | 160.000 USD | 220.000 USD | 260.000 USD | 300.000 USD |
| PROFIT | 288.000 USD | 576.000 USD | 792.000 USD | 936.000 USD | 1.080.000 USD |

# STRATEGIC PLAN
### in 1000 $

| Particulars | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Income | | | | | |
| Sales (Net) | 900 | 3.000 | 8.000 | 11.000 | 13.000 |
| Cost of Goods Manufactured | | | | | |
| Direct Material | 369 | 1.230 | 3.280 | 4.510 | 5.330 |
| Direct Labor | 180 | 600 | 1.600 | 2.200 | 2.600 |
| Manuf. Expenses | 99 | 330 | 880 | 1.210 | 1.430 |
| Total Prod. Cost | 648 | 2.160 | 5.760 | 7.920 | 9.360 |
| Gross Margin | 252 | 840 | 2.240 | 3.080 | 3.640 |
| | 28,0% | 28,0% | 28,0% | 28,0% | 28,0% |
| Expenditure | | | | | |
| Employee Cost | 27 | 90 | 240 | 330 | 390 |
| Marketing Cost | 50 | 120 | 140 | 200 | 200 |
| Mfg. Admn & Selling | 63 | 210 | 560 | 770 | 910 |
| Total Operating Expenses | 140 | 420 | 940 | 1300 | 1500 |
| | 15,6% | 14,0% | 11,8% | 11,8% | 11,5% |
| Non operational Expenses | 50 | 50 | 70 | 90 | 100 |
| PBIDT | 62 | 370 | 1230 | 1690 | 2040 |
| Interest & Bank Charges | 18 | 60 | 160 | 220 | 260 |
| Cash Profit | 44 | 310 | 1070 | 1470 | 1780 |
| | 4,9% | 10,3% | 13,4% | 13,4% | 13,7% |
| Depreciation | 18 | 60 | 160 | 220 | 260 |
| PBT | 26 | 250 | 910 | 1250 | 1520 |
| | 2,9% | 8,3% | 11,4% | 11,4% | 11,7% |
| Provision for tax | 0 | 82,5 | 300,3 | 412,5 | 501,6 |
| PAT | 26 | 167,5 | 610 | 838 | 1018,4 |
| | 2,9% | 5,6% | 7,6% | 7,6% | 7,8% |
| Earning per Share in $/1$ | 0,05 | 0,34 | 1,22 | 1,68 | 2,04 |
| Return on Investment | 5,20% | 33,5% | 121,9% | 167,5% | 203,7% |

## Capitalstructure

| | Party A | | Party B | | Party C | | DEG Party D |
|---|---|---|---|---|---|---|---|
| Nom. capital | $255,000 | 51,0% | $200,000 | 40,0% | $45,000 | 9,0% | |
| cash | $0 | | $100,000 | | $22,500 | | |
| Assets | $170,000 | | $0 | | $0 | | $1,500,000 |
| Techn Know how & engeneering | $30,000 | | $0 | | $10,000 | | |
| Sales know how & orders | $0 | | $73,000 | | $10,000 | | |
| Pre paid cost | $20,000 | | $15,000 | | $2,500 | | |
| Good will & name | $35,000 | | $15,000 | | $0 | | |
| Capital-increasing | | | | | | | |
| Capitaluse | | | | | | | |

## OVERVIEW ASSETS and CURRENT ASSETS

| | Step 1 | Step 2 | Step 3 |
|---|---|---|---|
| Assets | $170,000 | $260,000 | $1,400,000 |
| Working Capital | $100,000 | $200,000 | $500,000 |
| Marketing Expenses | $50,000 | $100,000 | $100,000 |
| Know-how, Goodwill etc | $207,500 | $207,500 | $207,500 |
| Inventory | $42,000 | $14,000 | $306,000 |
| Sundry Debtors | $10,500 | $14,000 | $173,500 |

## BALANCE SHEET In US $

| | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| **SOURCES OF FUNDS** | | | | | |
| **1. SHAREHOLDER'S FUNDS :** | | | | | |
| Share Capital | $500,000 | $500,000 | $2,000,000 | $2,000,000 | $2,000,000 |
| Reserve & Surplus | $44,000 | $267,500 | $770,000 | $1,088,000 | $1,278,000 |
| **2. LOAN FUNDS :** | | | | | |
| Secured Loans | | | | | |
| a. From Banks for Working Capital | $0 | $89,000 | $0 | $0 | $0 |
| b. Term Loan | $0 | $0 | $0 | $0 | $0 |
| Unsecured Loan | $0 | $0 | $0 | $0 | $0 |
| **TOTAL** | $544,000 | $856,500 | $2,770,000 | $3,088,000 | $3,278,000 |
| **APPLICATION OF FUNDS** | | | | | |
| **1. FIXED ASSETS :** | | | | | |
| Gross Block | $167,000 | $409,000 | $1,749,000 | $2,089,000 | $2,369,000 |
| Depreciation | $18,000 | $60,000 | $160,000 | $220,000 | $260,000 |
| Net Block | $149,000 | $349,000 | $1,589,000 | $1,869,000 | $2,109,000 |
| **2. CURRENT ASSETS & LOANS & ADVANCES :** | $410,000 | $535,500 | $1,287,000 | $1,301,000 | $1,304,000 |
| **3. CURRENT LIABILITIES & PROVISIONS :** | $15,000 | $28,000 | $106,000 | $112,000 | $135,000 |
| **4. NET CURRENT ASSETS :** | $395,000 | $507,500 | $1,181,000 | $1,189,000 | $1,169,000 |
| **TOTAL** | $544,000 | $856,500 | $2,770,000 | $3,058,000 | $3,278,000 |
| CURRENT RATIO - CURRENT ASSETS / CURRENT LIABILITIES | 27,33 | 19,13 | 12,14 | 11,62 | 9,66 |

# Production- Space & Personal- Planing

| | Step 1 | Step 2 | Step 3 |
|---|---|---|---|
| **Need of space in qm** | | | |
| Production | 1.250 | 2.500 | 4.000 |
| Stock, Receiving office for goods + Raw Material | 100 | 150 | 300 |
| Stock for finished products | 100 | 150 | 300 |
| Changing rooms | 40 | 70 | 130 |
| Development QS | 50 | 90 | 150 |
| Laboratories | 40 | 60 | 120 |
| Engenieering and IT | 40 | 50 | 100 |
| Administation and Sales | 120 | 200 | 400 |
| Total | 1.740 | 3.270 | 5.500 |
| **Personnel planing** | | | |
| Operators | 180 | 400 | 800 |
| Technicians | 20 | 40 | 90 |
| Administration | 4 | 10 | 35 |
| Management | 2 | 5 | 8 |
| Total | 206 | 455 | 933 |

# List of Investments in fixed assets

| | | Step 1 | cost in $ US | Step 2 | cost in $ US | Step 3 | cost in $ US |
|---|---|---|---|---|---|---|---|
| Micrometer | Shan 0,01 mm | 40 | 1.000,00 | 80 | 2.000,00 | 100 | 2.500,00 |
| Magnet flux tester | | 4 | 400,00 | 8 | 800,00 | 18 | 1.800,00 |
| Measuremeter ruler | | 4 | 200,00 | 7 | 350,00 | 18 | 900,00 |
| Conveyor- productionline | | 6 | 1.800,00 | 12 | 3.800,00 | 30 | 9.000,00 |
| Production line | | 2 | 400,00 | 5 | 1.000,00 | 20 | 4.000,00 |
| Coil- winding machine | | 10 | 5.000,00 | 20 | 10.000,00 | 40 | 20.000,00 |
| Stampmachine | SP 848 | 10 | 2.500,00 | 20 | 5.000,00 | 50 | 12.500,00 |
| Stampmachine | YYQY 96 B | 4 | 1.000,00 | 8 | 2.000,00 | 15 | 3.000,00 |
| Glue dispenser | YY- XTJ 98 B | 8 | 1.600,00 | 15 | 3.000,00 | 40 | 20.000,00 |
| Glue dispenser | YY- TJ 98 A | 5 | 1.000,00 | 10 | 2.000,00 | 20 | 4.000,00 |
| Welding | 125 DP/ 230 | 10 | 2.000,00 | 15 | 3.000,00 | 30 | 6.000,00 |
| Oven | B- 312 ZY | 5 | 1.000,00 | 10 | 2.000,00 | 20 | 4.000,00 |
| Oven | 101- 1 A | 2 | 200,00 | 4 | 400,00 | 10 | 1.000,00 |
| Oven | 101 A- 2 | 2 | 200,00 | 4 | 400,00 | 8 | 800,00 |
| Warm fan | | 8 | 200,00 | 20 | 500,00 | 20 | 500,00 |
| Packag equipment | KZBD | 3 | 500,00 | 9 | 1.500,00 | 18 | 3.800,00 |
| Magnetic machine | | 3 | 1.500,00 | 5 | 2.500,00 | 12 | 8.000,00 |

## List of Investments in fixed assets

| | | Step 1 | cost in $ US | Step 2 | cost in $ US | Step 3 | cost in $ US |
|---|---|---|---|---|---|---|---|
| Frequency response Test system | CRY 6128 S | 10 | 1.000,00 | 20 | 2.000,00 | 30 | 3.000,00 |
| Calibrator | CRY 5611 | 4 | 500,00 | 8 | 1.000,00 | 20 | 2.500,00 |
| Signaling sweep | DF 1212 BI | 4 | 600,00 | 8 | 1.200,00 | 20 | 3.000,00 |
| Digital I.C.R. tester | DF 2812 | 4 | 200,00 | 8 | 400,00 | 20 | 1.000,00 |
| Oscillating Scope | DF 2812 | 4 | 1.000,00 | 8 | 2.000,00 | 20 | 5.000,00 |
| Acustic measurement equipm. | Bruel&Kjerr | 1 | 1.500,00 | 2 | 3.000,00 | 5 | 7.500,00 |
| Computerised acustic measureme | Kemsonic | 1 | 3.000,00 | 2 | 6.000,00 | 4 | 12.000,00 |
| Smal acustic measurement equipr | ND 12 | 10 | 2.000,00 | 20 | 4.000,00 | 50 | 10.000,00 |
| Multimeter | DT 890 A | 20 | 2.000,00 | 40 | 4.000,00 | 80 | 8.000,00 |
| DC power supply | LPS- 2002 A | 35 | 2.000,00 | 70 | 4.000,00 | 105 | 6.000,00 |
| DC resistance adjuster | ZX 21 A | 2 | 200,00 | 4 | 400,00 | 10 | 1.000,00 |
| Gluing/dispensing machine | JSS 24 B- I/M | 10 | 2.000,00 | 20 | 4.000,00 | 50 | 10.000,00 |
| Automatic liquiddispenser | GS 1000 | 10 | 3.000,00 | 20 | 6.000,00 | 50 | 15.000,00 |
| Soldering iron | Quick 936 | 80 | 1.600,00 | 170 | 3.400,00 | 300 | 6.000,00 |
| fixture | | 50 | 500,00 | 100 | 1.000,00 | 300 | 3.000,00 |
| Press machine | Spec jr. 10 | 2 | 200,00 | 4 | 400,00 | 8 | 800,00 |
| Signal generator | DF 1027 A | 5 | 1.200,00 | 10 | 2.400,00 | 30 | 7.200,00 |
| Caplier | Fandzhen 0,02 m | 40 | 2.000,00 | 80 | 4.000,00 | 120 | 8.000,00 |

# List of investments in fixed assets

| | Step 1 | cost in $ US | Step 2 | cost in $ US | Step 3 | cost in $ US |
|---|---|---|---|---|---|---|
| Press | 2 | 300,00 | 5 | 750,00 | 10 | 1.500,00 |
| Power distributer | 5 | 1.400,00 | 10 | 2.800,00 | 20 | 5.600,00 |
| Press | 5 | 500,00 | 5 | 500,00 | 10 | 1.000,00 |
| Auto dispenser | 20 | 4.000,00 | 40 | 8.000,00 | 80 | 16.000,00 |
| Aircondition | 1 | 20.000,00 | 1 | 20.000,00 | 1 | 30.000,00 |
| Piezo production line | 5 | 10.000,00 | 10 | 20.000,00 | 15 | 30.000,00 |
| Piezo oven | 1 | 40.000,00 | 2 | 80.000,00 | 2 | 80.000,00 |
| Workshop | 1 | 30.000,00 | 1 | 30.000,00 | 1 | 10.000,00 |
| Telephon | 1 | 10.000,00 | 0 | 0,00 | 1 | 20.000,00 |
| Fax | 1 | 1.000,00 | 1 | 1.000,00 | 2 | 2.000,00 |
| Officecomputer | 2 | 4.000,00 | 4 | 8.000,00 | 4 | 8.000,00 |
| Powerstation | 0 | | 0 | 0,00 | 1 | 100.000,00 |
| Building | 0 | | 0 | 0,00 | 1 | 800.000,00 |
| Total | | 166.200,00 | | 260.300,00 | | 1.310.700,00 |

# Attachment 2

# BESTAR Electronic Industry Co. Ltd.

## Minutes

### of
### Board of Directors Meeting of February 10, 2001

| | |
|---|---|
| Meeting held at: | premises of Bestar |
| Participators: | Mr. Wu Yifei, Chairman of the Board and Manager of Bestar<br>Mr. Florian Greiling, Managing Director of DIGISOUND-Electronic GmbH,<br>Mr. Michael Hu, representative for Orient America Trading Company |

Mr. Wu explained that he has been authorised by .............. to exercise the right for voting

Mr. Greiling explained that he has been authorised by Mr. Weiler to exercise the right for voting

---

### Topic No. 1:

Present directors reviewed and confirmed the fixed asset invested by Old Bestar (NOTE: *Old Bestar* means the 51% share holder—BESTAR Electronic Industry Co.Ltd.)

Chairman explained the exact date of beginning of the New Bestar and the procedure of the foundation of the new JV. (NOTE: *New BESTAR* means the Joint Venture—BESTAR Electronic Industry Co.Ltd)

The Chairman explained:

- the certificate of approval for establishing the JV has been received on Oct.12
- the investment for share from Digisound was received on Nov.27 according to the bank receipt date, amounted USD 100,000.00

- the investment for share from Orient America was received on Dec.17 according to the bank receipt date, amounted USD 22500.00

- the JV started on Dec.26 as agreed for the convenience of the year financial, the Old Bestar has to transfer corresponding asset to the new JV. Meanwhile the Old Bestar will stop any business activity.

- the Old Bestar has only left some fixed asset, the main is the Buick Car. The car was paid by Bank loan. The loan will be paid by Old Bestar from the incoming of the profit share from the new JV. Monthly expenses for the car will be paid by New Bestar.

- Loss/Profit of last year of Old Bestar belongs to the Old Bestar. Net profit of last year is about USD 50,000.
  Profit of the Old Bestar will be taken out by Mr.Wu to pay back the loan of the bank.

## Topic 2:
Investment Audit Report

The chairman commented on the turnover of January.

It is the opening turnover of the financial report (attached). There is no sales in the first month, because the refund of the VAT needs the same corresponding name of the invoice and declaration paper. But the official permission from the Government was received too late.

The sales of January is under the name of the Old Bestar. The profit is about REM 65309.33/ (this amount is booked at the name of the Old Bestar) as of above mentioned reasons.
Mr.Wu will work out a suitable way to transfer this profit to the New-Bestar till the end of the March, 2002.
Mr.Greiling and Mr.Hu will have the opening balance sheet of January.

## Topic 3
Cash Flow

Cash Flow situation of the New Bestar was discussed.

Cash at hand and at the bank: about RMB 1,200,000.00.
The Board of Directors agreed that according to the forecast of this year, given to the Board of Director, the cash flow might not be enough to finance the forcasted turnover.

It was decided that Mr. Michael Zeich 's department will work out cash flow projection for next 18 month. Mr.Wu is requested to give all necessary details to them and Mr. Zeich will work it out with the help of the Mr.Wu's information till the end of Feb.

## Topic 4
Pro and contra of setting up piezo production

The Board discussed details for the possibility to run a piezo disc line.
The Chairman explained that he needs about USD 60,000 for setting up a new piezo disc workshop. In view of the unclear cash-flow situation, it was decided to wait for the cash flow projection before final decision will be made.
The chairman also explained that he did not expect large quantities orders from Digisound and from WIE at reasonable prices for the piezo discs. The target buying price from WIE is very low. It is low-cost . There are several manufacturers in the Changzhou area where New Bestar can easily source piezo discs.

## Topic 5
JV contribution to USA office

Mr. Wu commented that it is very difficult for Bestar to pay the monthly expenses of the office.

It was agreed that the New Bestar will bear 1/3 of the total cost (USD10,000 monthly) from Jan.2002 to June 2002 .
After June 2002 it will be decided if this office will continue or not depending on performance .
If there is any profit for this office during this six months, Bestar is entitled to get 1/3 of the profit accordingly.
Bestar will get copies of the weekly activity reports from Mr. Dirk De Young, manager of the US office.

## Topic 6
Sales of domestic market

Mr. Wu reported that the office for the domestic market has started with two sales people. Mr.Hu will keep transferring all the other customers information to Mr. Wu for his direct communication with the potential customers. CEIEC Kensonic will support Bestar by transferring as much business as possible. Forecast for the domestic market is USD 300,000 without Huan Hsin/Siemens business.

## Topic 7
Inquires for new projects

Mr. Wu claims that the realisation quote of inquires is very low. Bestar has been paying a lot of time and money but with low efficiency.
Digisound is requested to improve this performance. Mr. Greiling promised to look after this matter.

Mr. Wu especially pointed out that he was disappointed about 2 projects:

> No. 1 FE 6450
> No. 2 PQ24

## Topic 8
Payment situation from Digisound

This topic was brought forward by Mr. Hu.
According to the actual information from Kensonic, the payment from Digisound to CEIEC is not according to the agreement.

The Board requested Mr. Greiling to push Digisound for regular payment according to agreed conditions.

# Attachment 3

*file*

**Fr.Bludszus**

| | |
|---|---|
| **Von:** | bestarco@pub.cz.jsinfo.net |
| **Gesendet:** | Mittwoch, 21. März 2001 15:40 |
| **An:** | management@digisound.de |
| **Betreff:** | Re: several |

Dear Mr. Rudolf Weiler

how are you ? hope you are fine and business are running well

excuse me for delay in answer your meassage due to the last busy week

for you information I have set a plan and signed a agreement with QS9000 organization in China to carry out the following certification

-> ISO9001-2000

- > QS9000

several top managements include me were on train course last week

with several topics ,please see my answer as below :

1) JV
   we can fix the shares as agreed before

   - > 51% for Bestar
   - > 40% for Digisound,
   - > 9% for private Mr.Wang  (Michael  Hu )

2) US branch
   I am ready for this challenge ,please  put 1/3 of cost on a account for the new joint venture once JV was established

3) piezo production
   will consider further investment and establishe piezo production upon JV was finalized

   Mr. Ju was under the chasing and I think should be no problems

   please make your decision and instruct next step

   I am full of confidence we will have brilliant future for both of the companies

with best regard
wu yifei


----- Original Message -----

| | |
|---|---|
| **From:** | Christiane Bludszus <management@digisound.de> |
| **To:** | 'Wu Yi Fei, Bestar' <bestarco@pub.cz.jsinfo.net> |
| **Sent:** | Tuesday, March 13, 2001 11:48 PM |

DIGISOUND-Electronic GmbH
P.O. Box 20 69, D-22810 Norderstedt (Germany), Oststrasse 54, D-22844 Norderstedt
Tel.: +49/40/52 68 69-40, Fax: +49/40/52 68 69-13,
e-mail: management@digisound.de, http://www.digisound.de
Managing Directors: Rudolf Weiler, Florian Greiling
Trade Register HRB 1273 Norderstedt

NEW WEBSITE - NEW WEBSITE - NEW WEBSITE
Please visit our new website with detailed company and product information
at: www.digisound.de

TRADE FAIRS - TRADE FAIRS - TRADE FAIRS
INTERNATIONAL FIRE EXPO 2001, BIRMINGHAM, May 21-24, 2001

SMT/ Hybrid/ Packaging Nuremburg. Germany, April 24-26, 2001

Dear Mr. Wu,

first of all I would like to thank you for the nice hospitality during my
visit to your factory. I would like to highlight what I already said on my
visit, now I also give it to you in writing: My best wishes for the future
to this fantastic factory. I was surprised to see such a nice, clean, well
organised factory in a city where we have seen something else.

My further journey to Germany was fine; a long flight but everything went
well and I thank you for your e-mail you sent to me on Friday, the 9th of
March.

1. I have a question to your first point regarding the joint venture: you
say that you had a discussion with Ceiec Ningbo and they also agreed what
we had both agreed upon about the shares. What will be done with the 9% of
shares left? We had agreed, as you remember, 51% for Bestar and 40% for
Digisound. 9% were a discussion point about whatever you like to do with
these, either to give them to Mr. Wang or to anybody else. So please let me
know what your final decision is on these 9%. If you will not give any
shares to Ceiec Ningbo, as we had finally discussed, we maybe can offer
Ningbo a seat in the Board for Mr. Wang and so they have some good face on
this agreement.

2. To the US branch: I absolutely agree that only the new joint venture
will take care of the 1/3 of the cost. We will put this on a special
account for the new joint venture and when this is established the joint
venture will pay this cost. I think this is a very fair and good solution.

3. To your 3rd point piezo production, my understanding is now that Bestar
will be the center of competence in the total group for piezo disc and will
work also close together on further developments with the Indian and also
with the Irish part. Our goal should be that we come into higher
performance items where we can catch more money in the market world-wide,
and for this we have to concentrate our full efforts into one direction. If
you can catch the top engineer, Mr. Ju, I think it would be absolutely the
right direction to go ahead, and we also have to work out this new
investment for the joint venture.

As soon as I have the information from you regarding the 9% of shares I
will go ahead with the paper work for the feasibility study and so on.
Let's start into a brilliant future for both of the companies.

Best regards

# Attachment 4

-----Ursprüngliche Nachricht-----
Von: wu@be-star.com [mailto:wu@be-star.com]
Gesendet: Montag, 17. Dezember 2007 13:27
An: weiler@digisound.de
Cc: 'Fr.Bludszus'
Betreff: cancellation of JV


Dear Mr. Weiler,


I am extreme concerning the current situation


Digisound has been continuously deliberately managing NOT or less to pay
outstanding accounts to BeStar over the last 4 years

This drove BeStar acoustics JV run into often production shutdown and
to
make continuous big losses

This has been reminded hundred times but I don't see any real
improvement ,


at the same time , you are use the money for taking expensive legal


action

Now Digisound-WIE Inc started a lawsuit against my company in USA and is
hurting all our established customers


All this activities you took had violated the BeStar Acoustics JV
contract

Following my lawyer's advise

I cancel the J.V. contract of BeStar Acoustic Limited with immediately.
effect


Please be aware

Thank you


With very best regards

WU YIFEI