CT1/435133                                                                                                    8233-1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BESTAR ELECTRONICS INDUSTRY CO., LTD., a Chinese limited company,<br><br>Plaintiff,<br><br>v.<br><br>DIGISOUND-WIE, INC., an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 07-C-7290<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

TO:   Arthur B. Sternberg
      Susan M. Lorenc
      Thompson, Coburn, Fagel, Haber
      55 East Monroe Street, 40th Floor
      Chicago, IL 60603
      asternberg@tcfhlaw.com
      slorenc@tcfhlaw.com

   PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Wednesday, July 16, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1425** of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Plaintiff BeStar Electronics Industry Co. Ltd.'s Motion To Dismiss Defendant Digisound-WIE, Inc.'s Amended Counterclaims**, a copy of which is attached hereto and hereby served upon you.

                              TRESSLER, SODERSTROM, MALONEY & PRIESS


                     By:   /s/   James K. Borcia
                                 One of Its Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed **Plaintiff BeStar Electronics Industry Co. Ltd.'s Motion To Dismiss Defendant Digisound-WIE, Inc.'s Amended Counterclaims** and **Notice of Motion** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to All Counsel of Record.

By: /s/ James K. Borcia

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000
Fax: (312) 627-1717