JKB/cic/330324                                                                                                   8233-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BESTAR ELECTRONICS INDUSTRY CO., LTD., a Chinese limited company, </br></br> Plaintiff, </br></br> v. </br></br> DIGISOUND-WIE, INC., an Illinois corporation, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case No. 07-C-7290 </br> ) </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF MOTION

TO:   Arthur B. Sternberg
      Susan M. Lorenc
      Thompson, Coburn, Fagel, Haber
      55 East Monroe Street, 40th Floor
      Chicago, IL 60603

     PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Wednesday, August 6, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1425** of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Plaintiff BeStar Electronics Industry Co. Ltd.'s Motion for Leave to File Reply Memorandum of Law in Support of Its Motion to Dismiss Defendant Digisound-WIE, Inc.'s Amended Counterclaims**, a copy of which is attached hereto and hereby served upon you.

                                                                          BESTAR ELECTRONICS INDUSTRY CO. LTD.


                                                    By:_____/s/ James K. Borcia_____
                                                                  One of Its Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000