## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Bestar Electronics Industry Co., Ltd.
                              Plaintiff,

v.                                             Case No.: 1:07−cv−07290
                                                          Honorable George W. Lindberg

Digisound−WIE, Inc.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable George W. Lindberg:MOTION by Plaintiff Bestar Electronics Industry Co., Ltd. for leave to file Reply Memorandum of Law in Support of its Motion to Dismiss Defendant Digisound−WIE, Inc.'s Amended Counterclaims is denied. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.