# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Bestar Electronics Industry Co., Ltd.
                                            Plaintiff,

v.                                                                     Case No.: 1:07−cv−07290
                                                                      Honorable George W. Lindberg

Digisound−WIE, Inc.
                                            Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to a settlement conference.(lcw, )

Dated: August 20, 2008

                                                                            /s/ George W. Lindberg

                                                                            United States District Judge