**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bestar Electronics Industry Co., Ltd.
                                  Plaintiff,

v.                                                Case No.: 1:07−cv−07290
                                                        Honorable George W. Lindberg

Digisound−WIE, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Michael T. Mason:This matter having been referred for settlement conference, an initial status hearing is set for 9/10/2008 at 09:00 a.m. in courtroom 2214 for the purpose of setting a settlement conference date. However, parties may confer with one another and contact the courtroom deputy, (312) 435−6051 to schedule a settlement conference in lieu of attending the status hearing. If parties do not contact the courtroom deputy by 9/5/08, the 9/10/08 status hearing will proceed.Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.